IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TECHNET and NETCHOICE, LLC,<br><br>                                 Plaintiffs,<br><br>            v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU, and RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau,<br><br>                                 Defendants. | Case No. 1:25-cv-00118-PLF<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs TechNet and NetChoice, LLC (together, "Plaintiffs") hereby give notice that they are voluntarily dismissing all claims against Defendants Consumer Financial Protection Bureau ("CFPB") and Russell Vought, in his official capacity as Acting Director of the CFPB, in the above-captioned action.

Plaintiffs' Complaint challenged the CFPB's final rule entitled *Defining Larger Participants of a Market for General-Use Digital Consumer Payment Application* (89 Fed. Reg. 99,582 (Dec. 10, 2024)) (the "Final Rule"). *See* ECF No. 1. On March 5, 2025, the U.S. Senate passed a joint resolution (S. J. Res. 28, 119th Cong. (2025)) nullifying the Final Rule pursuant to the Congressional Review Act, 5 U.S.C. §§ 801-808. *See* 171 Cong. Rec. S1521 (daily ed. Mar. 5, 2025). The U.S. House of Representatives passed S. J. Res. 28 on April 9, 2025. *See* 171 Cong. Rec. H1514 (daily ed. Apr. 9, 2025). On May 9, 2025, President Donald Trump signed the joint resolution.

Because the Final Rule therefore no longer has any force and effect, Plaintiffs are voluntarily dismissing their claims without prejudice.

Dated: May 20, 2025

Respectfully submitted,

*/s/ Andrew J. Pincus*
Andrew J. Pincus (Bar No. 370762)
MAYER BROWN LLP
1999 K Street, NW
Washington, DC 20006
(202) 263-3000
apincus@mayerbrown.com

David Yolkut (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
(212) 506-2500
dyolkut@mayerbrown.com

*Counsel for Plaintiffs*